UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.# 10-32095 |
| PACIFIC AVENUE, II, LLC ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| **Debtor(s)** ) | |

## NOTICE TO CREDITORS HOLDING TWENTY LARGEST UNSECURED CLAIMS

      The above-referenced debtor has filed a Chapter 11 petition in the Western District of North Carolina. The Bankruptcy Code, 11 U.S.C. §1102, requires the Court to appoint a Committee of Unsecured Creditors. Normally the committee consists of those persons willing to serve who hold the seven largest unsecured claims against the debtor.

      You or your company have been listed by the debtor as one of the creditors holding the twenty largest claims against the debtor. Information regarding the function of the Creditors' Committee is enclosed with this notice. If you are interested in serving as a member of the Creditors' Committee, please fill out and return the enclosed Notice of Intent to Accept/Decline Appointment to the Creditors' Committee within ten (10) days of the date of this notice. If appointed, you will receive a copy of the order appointing the Creditors' Committee. The first Creditors' Committee meeting will be held immediately following the first meeting of creditors unless you receive notice that it will be held at an earlier date.

      Please return the Notice of Intent to Accept/Decline Appointment to the Creditors' Committee to the undersigned at the address indicated below within **ten (10) days** of the date of this notice.

      Dated: July 22, 2010

      /s/ Linda W. Simpson
      Linda W. Simpson
      United States Bankruptcy Administrator
      402 W. Trade Street, Suite 200
      Charlotte, NC  28202-1669
      N.C. Bar #12596
      Telephone:  (704) 350-7587   Fax:  (704) 344-6666
      Email:Linda_Simpson@ncwba.uscourts.gov

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: )
)   **Case No.# 10-32095**
**PACIFIC AVENUE, II, LLC** )
)   **Chapter 11**
)
)
_____**Debtor(s)**_____)

# NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

___   Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

___   Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: _____

Name of Representative: _____

Address of Representative: _____

_____

_____

Amount of Claim: $ _____

Type of Claim: _____

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: _____

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Telephone No. of Representative: _____

Dated: _____

_____
Signature

**Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.# 10-32095 |
| **PACIFIC AVENUE, II, LLC** ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| **Debtor(s)** ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the Notice to Creditors Holding Twenty Largest Unsecured Claims to which this Certificate is attached was served upon the party(s) to this action listed below by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service on July 22, 2010.

Shawn Wilfong
1919 East 8th Street
Charlotte NC 28204

RHW Concrete, Inc.
2587 Green Valley Drive
Norcross, GA 30071

ADW Architects
1401 West Morehead Street
Charlotte, NC 28208-5261

Atlantic Coast
Waterproofing,Inc.
7915 Chapman Street
Charlotte, NC 28216

Bruegger's Bagels
Brueggars Enterprises, Inc.
Attn: Real Estate Administration
159 Bank Street
Burlington, VT 05401

Sign Art
6225 Old Concord Rd.
Charlotte, NC 28213

Charles H. Litaker, Inc.
PO Box 221129
Charlotte, NC 28222-1129

Cam-Ful Industries, Inc.
PO Box 279
Pineville, NC 28134

Excel Electrical
Technologies
7168 Weddington Rd. #124
Concord, NC 28027

Wayne J. Griffin Electric, Inc.
116 Hopping Brook Road
Holliston, MA 01746

Wild Wing Cafe
Epic Wings, LLC
Attn: Jayne Verhoeven
20 Rum Row
Hilton Head, SC 29928

Kone, Inc.
PO Box 429
Moline, IL 61266-0429

Johnson, Allison & Hord, P.A.
Mr. Joe F. Teague, Jr.
Johnston Allison Hord
P.O. Box 36469
Charlotte, NC 28236

Clayco Corp.
2199 Innerbelt
Business Center Dr.
St. Louis, M0 63114

Fulcrum
Construction, LLC
1900 The Exchange,Suite 195
Atlanta, GA 30339

Wilfong Properties,LLC
1919 East 8th Street
Charlotte NC 28204

Regions Bank, Admin Agent
PO Box 11816
Charlotte, NC 28220

Jason's Deli
Attn: Raymond Begnaud
Deli Management,Inc.
2400 Broadway
Beaumont, TX 77702

Hard Rock Pavers, LLC
c/o Elana Zecca
Parker, Poe, Adams &Berstein
401 S. Tryon St.;Suite 3000
Charlotte, NC 28202

Five Guys Burgers and Fries
Attn. Sam Chamberlain
NCC-Epicentre, LLC
P.O. Box 25515
Alexandria, VA 22313

/s/ Linda W. Simpson
Linda W. Simpson, United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #12596
Telephone:  (704) 350-7587   Fax:  (704) 344-6666