

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 10–32095
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Pacific Avenue II, LLC
EpiCentre Management
210 E Trade St
Suite C–446 B
Charlotte, NC 28202
Social Security No.:
Debtor EIN:
56–2159323

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above–referenced debtor(s) did not include the following items:

      Schedule A – Real Property
      Schedule B – List of Personal Property
      Schedule D – Secured Claims
      Schedule E – Priority Claims
      Schedule F – Unsecured Claims
      Schedule G – Executory Contracts
      Schedule H – Co–Debtors
      Declaration Concerning Schedules
      Form 7 (Statement of Financial Affairs)
      Fee Disclosure Statement
      Exhibit A

**FURTHER NOTICE IS GIVEN** that if the above–referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: July 23, 2010                                                                    David E. Weich
                                                                                                 Clerk of Court

Electronically filed and signed (7/23/10)