**FORM B9F** (Chapter 11 Corporation/Partnership Asset Case) (10/05)      Case Number **10–32095**

## UNITED STATES BANKRUPTCY COURT
Western District of North Carolina (Charlotte)

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on 7/22/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor (name(s) used in the last 8 years, including married, maiden, trade and address):

Pacific Avenue II, LLC
 EpiCentre Management
210 E Trade St
Suite C–446 B
Charlotte, NC 28202

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 10–32095 | 56–2159323 |

Attorney for Debtor(s) (name and address):
Joseph W. Grier III
Grier, Furr & Crisp, P.A.
101 N. Tryon Street, Suite 1240
One Independence Center
Charlotte, NC 28246

Telephone number: (704) 332–0201

### Meeting of Creditors:

Date: **September 1, 2010**      Time: **02:00 PM**

Location: **U.S. Bankruptcy Administrators Office, 402 West Trade Street, Suite 205, Charlotte, NC 28202**

### Deadlines:

FILE A PROOF OF CLAIM WITH ATTACHMENTS ELECTRONICALLY WITH THE CLERK OF THE BANKRUPTCY COURT ON THE BANKRUPTCY COURT'S WEB SITE AT www.ncwb.uscourts.gov.
**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **11/30/10**      For a governmental unit: **180 days from date of voluntary petition, order for relief, or conversion, whichever is later.**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Charlotte Division<br>P.O. Box 34189<br>Charlotte, NC 28234–4189 | Clerk of the Bankruptcy Court:<br>David E. Weich |
| Telephone number: 704–350–7500 | |
| Hours Open: 8:30 AM – 4:30 PM, Monday – Friday | Date: 7/23/10 |

# EXPLANATIONS

FORM B9F (10/05)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing. You may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate the debtor's business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States Bankruptcy Administrator not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a statement describing a creditor's claim and must be filed electronically with the Bankruptcy Court at the Bankruptcy court's web site at www.ncwb.uscourts.gov. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File Proof of Claim" listed on the front side, or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code §1141(d). A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

––– Refer to Other Side for Important Deadlines and Notices –––

NOTICE IS HEREBY GIVEN that if the debtor fails to appear at the first meeting of creditors, or if the debtor fails to file all schedules, statements, lists and other documents required to be filed by the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules of this Court within the time period set forth in these rules, the debtor's case will be subject to dismissal without further notice or opportunity for hearing.

# CERTIFICATE OF NOTICE

```
District/off: 0419-3          User: bryantj                Page 1 of 4               Date Rcvd: Jul 23, 2010
Case: 10-32095                Form ID: b9f                 Total Noticed: 225


The following entities were noticed by first class mail on Jul 25, 2010.
db           +Pacific Avenue II, LLC,    EpiCentre Management,    210 E Trade St,    Suite C-446 B,
               Charlotte, NC 28202-2404
aty           Joseph W. Grier, III,    Grier, Furr & Crisp, P.A.,    101 N. Tryon Street, Suite 1240,
               One Independence Center,    Charlotte, NC 28246
smg          +Securities and Exchange Commission,    Atlanta Regional Office,
               3475 Lenox Road, N.E., Suite 1000,    Atlanta, GA 30326-3235
smg          +United States Attorney,    227 West Trade Street,    Carillon Bldg, Suite 1700,
               Charlotte, NC 28202-1675
4238421      +ADW Architects,    1401 West Morehead Street,    Charlotte, NC 28208-5260
4238429      +AT&T,   Lease Adm,    PO Box 908,    Downers Grove, IL 60515-0908
4238428      +AT&T,   Attn: Lease Administrator,    PO Box 908,    Downers Grove, IL 60515-0908
4238430      +AT&T Mobility II, LLC.,    dba AT&T Mobility,    PO Box 6463,    Carol Stream, IL 60197-6463
4238420      +Acousti Engineering Co.,    2011 Cross Beam Drive,    Charlotte, NC 28217-2856
4238422      +Afshin Ghazi,    5625 Fairview Rd,    Charlotte, NC 28209-3619
4238423      +Allan Industries, Inc.,    270 Route 46 East,    Rockaway, NJ 07866-3850
4238425       AlliedBarton Security Services,    PO Box 534265,    Atlanta, GA 30353-4265
4238600      +Allison Rooks,    5319 Johnston Mill Court,    Charlotte, NC 28269-0500
4238426      +Aloft Hotel,    1100 Monarch Tower,    3424 Peachtree Rd.,    Atlanta, GA 30326-1118
4238598      +Altonio R. Rivers,    210 Alpha Mill Lane, Apt. 221,    Charlotte, NC 28206-3312
4238424       Anthony C. Allen,    1300 Fallen Tree Court,    Charlotte, NC 28262
4238496      +Anthony Finocchio,    11531 Withers Mill Drive,    Charlotte, NC 28278-7220
4238599      +Arthur Marc Robson,    161 South Haven Drive,    Mooresville, NC 28117-7563
4238431      +Atlantic Coast Waterproofing, Inc.,    7915 Chapman Street,    Charlotte, NC 28216-1112
4238432      +Baker Roofing Company,    PO Box 26057,    Raleigh, NC 27611-6057
4238436      +Bank of America, NA,    NM1-100-01-28,    725 6th Street NW,    Albuquerque, NM 87102-2077
4238438      +Belle Ville Boutique,    TMS Partners, LLC,    20435 Middletown Rd,    Cornelius, NC 28031-6498
4238440      +Bieri & Ames,    Attn: Stanley L. Ames, Esq.,    660 Woodward Ave, Ste 1500,
               Detroit, MI 48226-3584
4238441      +Bio-Nomic Services, Inc.,    516 Rountree Road,    Charlotte, NC 28217-2133
4238442      +Blythe Development Co., Inc.,    1415 E. Westinghouse Blvd.,    Charlotte, NC 28273-5801
4238484      +Bradford Clayton Dunn,    1825 Willow Haven Lane #18,    Charlotte, NC 28262-7702
4238444       Brady Services,    PO Box 13587,    Greensboro, NC 27415-3587
4238433      +Bret Cass Balamucki,    16717 Watermelon Lane,    Charlotte, NC 28278-8307
4238486      +Brian G. Elenbaas,    8738 Pinnacle Cross Dr., Apt. 1,    Huntersville, NC 28078-4791
4238446      +Brockette-Davis-Drake, Inc.,    4144 Central Expwy #1100,    Dallas, TX 75204-2187
4238448      +Bruegger’s Bagels,    Brueggars Enterprises, Inc.,    159 Bank Street,    Burlington, VT 05401-4479
4238447      +Bruegger’s Bagels,    Attn: Real Estate Administration,    159 Bank Street,
               Burlington, VT 05401-4479
4238456      +CCD I, LLC,    Bar Management Group,    6300 Carmel Rd., Suite 110B,    Charlotte, NC 28226-8277
4238458      +CCD II, LLC,    Bar Management Group,    6300 Carmel Rd., St 110B,    Charlotte, NC 28226-8277
4238459      +CCD II, LLC,    Bar Management Group,    6300 Carmel Rd., Suite 110B,    Charlotte, NC 28226-8277
4238460      +CCD III, LLC,    Bar Management Group,    6300 Carmel Rd., St 110B,    Charlotte, NC 28226-8277
4238461      +CCD III, LLC,    Bar Management Group,    6300 Carmel Rd., Suite 110B,    Charlotte, NC 28226-8277
4238468      +CNG Signs & Zepco Displays,    381 Industrial Court,    Concord NC 28025-8016
4238476      +CVS Caremark Corporation,    One CVS Drive,    Woonsocket, RI 02895-6184
4238544      +Caleb Joshua Komis,    1719 Cottage Creek Road,    Indian Trail, NC 28079-9467
4238451      +Cam-Ful Industries, Inc.,    PO Box 279,    Pineville, NC 28134-0279
4238450      +Cam-Ful Industries, Inc.,    c/o Bentford E. Martin,    201 South College Street,
               Charlotte, NC 28244-0002
4238453      +Cardinal Solutions,    Cardinal Solutinos Group, Inc.,    8044 Montgomery Ro, Ste. 420,
               Cincinnati, OH 45236-7923
4238454      +Cardinal Solutions,    Cardinal Solutinos Group, Inc.,    8044 Montgomery Road, Ste. 420,
               Cincinnati, OH 45236-7923
4238553      +Carlos Lopez, Jr.,    16327 Circle Green Drive,    Charlotte, NC 28273-6973
4238455      +Carolina First Bank,    c/o Lisa Shelnutt,    104 S. Main St.,    Greenville, SC 29601-2711
4238474      +Cecil Crowley,    4 Tomotley Ct.,    Hilton Head, SC 29928-3338
4238606      +Chad R. Shingler,    5916 Avelon Valley Dr., Apt. 737,    Charlotte, NC 28277-4599
4238462      +Champion Systems, Inc.,    206 Hillstone Drive,    Jamestown, NC 27282-2000
4238463       Charles H. Litaker, Inc.,    PO Box 221129,    Charlotte, NC 28222-1129
4238523      +Chase Hartsell,    20778 Austin Road,    Albemarle, NC 28001-9021
4238562      +Christopher G. Miller,    1540 West Blvd.,    Charlotte, NC 28208-7020
4238464       City of Charlotte,    Billing Center,    600 East Fourth Street,    Charlotte, NC 28250-0001
4238465      +Clayco Corp.,    2199 Innerbelt Business Center Dr.,    St. Louis, MO 63114-5721
4238466      +Clear2Pay,    45 Braintree Hill Office Pk, S 202,    Braintree, MA 02184-8793
4238467      +Clear2Pay,    Clear2Pay Americas, Inc.,    45 Braintree Hill Office Park,
               Braintree, MA 02184-8793
4238470      +Cold Stone,    Coldstone Creamery, Inc.,    1601 N 82nd St., Ste. A-4,    Scottsdale, AZ 85257
4238469      +Cold Stone,    Attn: Leasing Dept.,    1601 N 82nd St., Ste. A-4,    Scottsdale, AZ 85257
4238471      +Commercial Door & Hardware,    378 Crompton Street,    Charlotte, NC 28273-6214
4238472      +Complete Stone & Tile Services, Inc.,    2973 Interstate Street,    Charlotte, NC 28208-3607
4238478      +D&M Motor Technologies, LLC,    Michael G. O’Neal,    PO Box 930,    Denver, NC 28037-0930
4238555      +Daniel C. Malone,    2372 Southside Road,    Lincolnton, NC 28092-9386
4238542      +Daniel Kellough,    1914 Mt. Isle Harbor Drive,    Charlotte, NC 28214-5406
4238526      +Daniel S. Hernandez,    1030 Traditions Park Drive,    Pineville, NC 28134-7450
4238481      +David Michael Decker,    3000 Champaign Street,    Charlotte, NC 28210-6454
4238480      +Davis, Pickern & Seydel, LLP,    Attn: William G. Bertram, Esq.,    285 Peachtree Center Ave.,
               N.E. Atlanta, GA 30303-1229
4238483       Duke Energy,    PO Box 70516,    Charlotte, NC 28272-0516
4238485      +Eastway Lock & Key, Inc.,    3807 Monroe Road,    Charlotte, NC 28205-7737
4238547      +Edward F. Lapham, Jr.,    1572 Hawks Nest Road,    York, SC 29745-9802
4238487      +Enso Asian Bistro & Sushi Bar,    Dineworks Hospitality Group,    210 North Church St. Unit 3314,
               Charlotte, NC 28202-2389
4238489      +Enterprise Security Systems, Inc.,    10910 Granite Street,    Charlotte, NC 28273-6394
```

```
District/off: 0419-3           User: bryantj                Page 2 of 4                    Date Rcvd: Jul 23, 2010
Case: 10-32095                 Form ID: b9f                 Total Noticed: 225

4238490       +EpiCenter Associates, L.L.L.P.,    5625 Fairview Road,     Charlotte, NC 28209-3619
4238491       +Epicentre Theater Partners, LLC.,    210 E. Trade Street, Suite E-290,      Charlotte, NC 28202-2404
4238492       +Epicentre Theatre / MEZ,    Epicentre Theatre Partners, LLC,     210 E. Trade St., E-290,
                Charlotte NC 28202-2404
4238493       +Eric Benjamin Erb,    854 White Oak Lane,     Matthews, NC 28104-8805
4238494       +Ernsberger, Ashley,    3202 Selwyn Farms Lane, Unit 3,     Charlotte, NC 28209-4008
4238495       +Excel Electrical Technologies,    7168 Weddington Rd. #124,     Concord, NC 28027-3470
4238582       +Fairley Ethan Price,    17085 Luther Road,     Oakboro, NC 28129-9699
4238497       +Fire House Subs,    Scotto Restaurant Group, LLC,     137 Cross Center Rd, Ste. 234,
                Denver, NC 28037-5009
4238500       +First Charlotte Physicians,    Presbyterian Regional Healthcare Corp.,     PO Box 33549,
                Charlotte, NC 28233-3549
4238499       +First Charlotte Physicians,    Attn: Property Management,     PO Box 33549,
                Charlotte, NC 28233-3549
4238501       +Five Guys Burgers and Fries,    NCC - Epicentre, LLC,     PO Box 25515,    Alexandria, VA 22313-5515
4238503       +Fleming's/Northeast-I, LP,    2202 N West Shore Blvd,     5th Floor,    Tampa, FL 33607-5747
4238504       +Fleming's/Northeast-I, LP,    2202 N West Shore Blvd,     Tampa, FL 33607-5747
4238505       +Flying Biscuit,    MSWG,    1801 Peachtree Road,     Atlanta, GA 30309-1895
4238508       +Foodman, Hunter & Karres, PLLC,    521 E. Morehead Street, Suite 330,      Charlotte, NC 28202-2615
4238509       +Fulcrum Construction, LLC,    1900 The Exchange, Suite 195,     Atlanta, GA 30339-2020
4238511       +Gallant Properties, LLC,    1812 East Blvd.,     Charlotte, NC 28203-5826
4238512       +Gallimore Enterprises, Inc.,    5885 NC Hwy 47,     Lexington, NC 27292-7712
4238513        Garratt Callahan Company,    50 Ingold Road,     Burlingame, GA 94010-2206
4238515       +George Cornelson,    4925 Gorham Dr.,     Charlotte, NC 28226-6401
4238473       +George H. Cornelson III,    4925 Gorham Dr.,     Charlotte, NC 28226-6401
4238517       +Ghazi Properties NC, LLC,    5625 Fairview Rd.,     Charlotte, NC 28209-3619
4238518        Grainger, Inc.,    Dept. 876296435,     Palatine, IL 60038-0001
4238519        Grattan Pest Solutions, Inc.,    6509 Shaftesbury Road,     Charlotte, NC 28270-2840
4238522       +Hard Rock Pavers, LLC,    c/o Elana Zecca,     401 S. Tryon St.; Stuie 3000,
                Charlotte, NC 28202-1934
4238525       +Hemingson Treats, Inc.,    Attn: Manager,     210 E. Trade Street, Suite B132,
                Charlotte, NC 28202-2404
4238527        Hoffman-Hoffman, Inc.,    PO Box 77258,     Greensboro, NC 27417-7258
4238533        International Paper,    PO Box 644095,     Pittsburgh, PA 15264-4095
4238520       +James A. Green,    2830 Monterey Park Drive,     Gastonia, NC 28054-2800
4238611       +James Andrew Spottswood,    3040 Teton Drive,     Gastonia, NC 28054-0015
4238535       +James Jamieson,    4545 Musket Hill Road,     Sharon, SC 29742-8722
4238530       +James L. Hunter,    10727 Round Rock Road,     Charlotte, NC 28277-3469
4238534       +James, McElroy & Diehl, PA,    600 South College Street,     Charlotte, NC 28202-1825
4238536       +Jason's Deli,    Deli Management, Inc.,     2400 Broadway,    Beaumont, TX 77702-1904
4238552       +Jay A. Littlejohn,    250 Coutrytyme Lane,     Iron Station, NC 28080-8429
4238630       +Jeremy Eugene Towe,    1055 Victoria Blake Lane,     Belmont, NC 28012-6537
4238538       +Joffie Contracting Services, Inc.,    PO Box 49361,     Charlotte, NC 28277-0078
4238452       +John C. Cannon,    12173 Rick Hole Road,     Stanfield, NC 28163-6560
4238539       +Johnston, Allison & Hord, P.A.,    Johnston Allison Hord,     PO Box 36469,
                Charlotte NC 28236-6469
4238482       +Joseph Madison Dollar,    10125 Fallon Farm Rd., Apt 303,     Charlotte, NC 28278-7525
4238418       +Joseph W. Grier, III,    Grier, Furr & Crisp, PA,     101 N. Tryon St., Suite 1240,
                Charlotte, NC 28246-0104
4238602       +Kathrine Ann Scheimreif,    3425 Cal Bost Road,     Midland, NC 28107-8794
4238642       +Kent Weaver,    6718 Providence Sq. Dr., #299,     Charlotte, NC 28270-5887
4238579       +Kevin Daniel Pietrus,    912 T J Drive,     Monroe, NC 28112-7761
4238631       +Kevin Robert Triola,    11844 Guildhall Lane,     Charlotte, NC 28213-3890
4238543       +Knights Libertas, LLC,    Attn: Sharon Davison,     545 Washington Blvd,
                Jersey City, NJ 07310-1607
4238546        Kone, Inc.,    McAngus Goudelock & Courier,     6302 Fairview Road, Ste 700,
                Charlotte, NC 28210-2267
4238545        Kone, Inc.,    PO Box 429,    Moline, IL 61266-0429
4238597       +Larry Lane Richardson,    5916 Newell Drive,     Monroe, NC 28112-6768
4238548       +Law Office of Edward C. Leach,    319 S Sharon Amity Rd, Ste. 234,      Charlotte, NC 28211-2898
4238549       +Lightning Mikes Window Thing,    The MT&G Group, Inc.,     PO Box 220333,    Charlotte, NC 28222-0333
4238550       +Lincoln Harris, LLC.,    4725 Piedmont Row Dr., Suite 800,     Charlotte, NC 28210-4284
4238554       +Main & Main, LLC,    1228 E Morehead St, Ste 200,     Charlotte, NC 28204-2889
4238521       +Mark Hanna,    334 Black Hill Road,    Bryson City, NC 28713-7716
4238556       +Martin C. Dawsey, Esq.,    Gravely & Bowers, PA,     1000 29th Avenue North,
                Myrtle Beach, SC 29577-3171
4238560       +Matthew Andrew Mescan,    8611-H Townley Road,     Charlotte, NC 28078-4453
4238558       +Mecklenburg County Tax Collector,    PO Box 31457,     Charlotte, NC 28231-1457
4238559       +Melody M. Malone,    Moore & Van Allen, PLLC,     100 N. Tryon St., 47th Floor,
                Charlotte, NC 28202-4000
4238449       +Michael G. Burke,    7805 Forest Oaks Lane,     Waxhaw, NC 28173-8385
4238475       +Michael U. Cucinella,    9021 Petunia Court,     Gastonia, NC 28056-8103
4238561       +Mike Wielechowski, Esq.,    1100 Kenilworth Avenue, Suite 200,      Charlotte, NC 28204-2971
4238563       +Morris, Manning & Martin, LLP,    1600 Atlanta Financial Center,      3343 Peachtree Road, NE,
                Atlanta, GA 30326-1085
4238564       +Mortimer's Cafe and Pub,    Brandon Viebrock,     127 N Tryon Street, Unit 511,
                Charlotte, NC 28202-2175
4238565       +Mortimer's Pub,    Mortimer's Venture, LLC,     127 N Tryon Street, Unit 511,
                Charlotte, NC 28202-2175
4238569       +NC Sound of Charlotte, Inc.,    404 Winecoff School Road,     Concord, NC 28027-4146
4238566       +Norman Muhammad,    517 W. Park Avenue,     Charlotte, NC 28203-4322
4238541       +Nyvia Enid Keene,    9424 Seamill Road,     Charlotte, NC 28278-8002
4238570        Otis Elevator Company,    PO Box 905454,     Charlotte, NC 28290-5454
4238571       +Outback Steakhouse, Inc.,    2202 N. W Shore Blvd., 5th Fl,     Tampa, FL 33607-5747
```

```
District/off: 0419-3            User: bryantj               Page 3 of 4                  Date Rcvd: Jul 23, 2010
Case: 10-32095                  Form ID: b9f                Total Noticed: 225

4238572       Pace, Inc.,    PO Box 560427,    Charlotte, NC 28256-0427
4238417      +Pacific Avenue II, LLC,    EpiCentre Management,    210 E Trade Street,    Charlotte, NC 28202-2404
4238573      +Pacific Avenue, LLC,    5625 Fairview Rd,    Charlotte, NC 28209-3619
4238574      +Pacific Avenue, LLC.,    4725 Piedmont Row Drive, S 800,    Charlotte, NC 28210-4284
4238528      +Paul Bristow Horner, IV,    2800 Edwin Jones Drive,    Charlotte, NC 28269-8330
4238576      +Performance Fire Protection, LLC.,    PO Box 4510,    Mooresville, NC 28117-4510
4238577      +Pesta, Finnie & Associates, LLP,    6826 Morrison Blvd.,    Charlotte, NC 28211-4379
4238578       Piedmont Natural Gas,    PO Box 533500,    Atlanta, GA 30353-3500
4238531      +Piotr Stefan Ignaczak,    617 Overlook Road,    Lowell, NC 28098-1282
4238580      +Preferred Parking Service, LLC,    212 S. Tryon St., Suite 1300,    Charlotte, NC 28281-0102
4238581      +Presbyterian Regional Healthcare Corp.,     Attn: Betsy Walsh,    PO Box 33549,
               Charlotte, NC 28233-3549
4238583      +Promenade Management, Inc.,    5625 Fairview Rd.,    Charlotte, NC 28209-3619
4238584      +Queen City Floor Covering,    1020 A Stallings Road,    Matthews, NC 28104-8127
4238585      +R. Allen's Plumbing, LLC,    Anthony, Robert Allen,    1901 Carl Fox Road,
               Taylorsville, NC 28681-4310
4238586      +R.A. Brown & Son Electric Co., Inc.,    312 Armistead Court,    Marvin, NC 28173-6645
4238596      +RHW Concrete, Inc.,    2587 Green Valley Drive,    Norcross, GA 30071-4132
4238587      +Racing Electronics,    Electronic Inudstries Corporation,    840 Derita Road,
               Concord, NC 28027-3344
4238588      +Rapid Rooter, Inc.,    PO Box 562002,    Charlotte, NC 28256-2002
4238589      +Raymond James,    c/o Fred Coble,    710 Carillon Parkway,    St. Petersburg, FL 33716-1101
4238590      +Redsky Gallery,    1244 East Blvd.,    Charlotte, NC 28203-5708
4238591      +Redsky Gallery,    Attn: Kellie Scott,    1244 East Blvd.,    Charlotte, NC 28203-5708
4238592      +Regions Bank, Admin Agent,    PO Box 11816,    Charlotte, NC 28220-1816
4238593      +Republic Electric Co., Inc.,    11160 Downs Road,    Pineville, NC 28134-8445
4238595      +Revolution,    Bernie Sue, LLC,    127 N Tryon Street, Unit 511,    Charlotte, NC 28202-2175
4238594      +Revolution,    Attn: Brandon Viebrock,    127 N Tryon St, Unit 511,    Charlotte, NC 28202-2175
4238614      +Richard Bradley Starnes,    4645 Falcon Chase Drive,    Concord, NC 28027-0435
4238443      +Robert Bonkowski,    9535 University Terrace Dr., Apt. E,    Charlotte, NC 28262-8813
4238652      +Robert Douglas Wright, Jr.,    8726 Laurel Run Drive,    Charlotte, NC 28269-6161
4238529      +Robert Floyd Huffman,    1738 Seefin Court,    Indian Trail, NC 28079-6796
4238524      +Robert G. Havens, Jr.,    11115 Clayford Ridge,    Charlotte, NC 28215-9073
4238650      +Robert J. Wise,    2379 Smith Harbour Drive,    Denver, NC 28037-8087
4238601      +Royal Design and Maintenance,    4000 Churchill Road,    Charlotte, NC 28211-1017
4238437      +Sabir Bayragdarov,,    7600 Cedar Creek Lane, Apt. 201,    Charlotte, NC 28210-8219
4238445       Samuel A. Bray,    230 Glenmere Lane,    Mooreseville, NC 28115-4265
4238607      +Scott Eric Shipman,    2813 Windswept Lane,    Monroe, NC 28110-8825
4238605      +Scott S. Sherwood,    6139 Maple Leaf Avenue,    Harrisburg, NC 28075-6521
4238603      +Securities & Exchange Commission,    Suite 1000,    3475 Lennox Road, NE,    Atlanta, GA 30326-3235
4238510      +Seth Daniel Fulton,    115 Coral Rutledge Drive,    Mount Holly, NC 28120-1460
4238645      +Seth Wilfong,    1919 East 8th Street,    Charlotte NC 28204-2743
4238646      +Shawn Wilfong,    1919 East 8th Street,    Charlotte NC 28204-2743
4238604      +Sheehay, Furlong & Behm,    Gateway Square,    PO Box 66,    Burlington, VT 05402-0066
4238608      +Sign Art,    6225 Old Concord Rd.,    Charlotte, NC 28213-6311
4238609      +Smoothie King,    Attn: Anne Monsted,    301 S. College St., Ste 265,    Charlotte, NC 28202-6024
4238612      +Stanley Environmental Solutions,    PO Box 184,    Stanley, NC 28164-0184
4238613      +Star Stationers, Inc.,    349 W. Tremont Avenue, Suite E,    Charlotte, NC 28203-4976
4238615      +State Farm Insurance Agency,    David G. Stroman,    210 E. Trade Street, Suite C-340,
               Charlotte, NC 28202-2433
4238616      +State Farm Insurance Agency,    David Stroman,    210 E. Trade Street, Suite C-340,
               Charlotte, NC 28202-2433
4238617      +State Line Lighting, Inc.,    3127 Hwy 21 Bypass,    Fort Mill, SC 29715-7242
4238618      +Steel Designs,    Benjamin Ian Parrish,    PO Box 36716,    Charlotte, NC 28236-6716
4238479      +Steven D. Davis,    17300 Hampton Trace Road,    Huntersville, NC 28078-6545
4238619      +Sun Glass & Door Co.,    1108 Elm Street,    Charlotte, NC 28206-3233
4238620      +Sunbelt Rentals Company,    1275 West Mound St.,    Columbus, OH 43223-2213
4238621      +Sunset Management Group, LLC.,    5625 Fairview Road,    Charlotte, NC 28209-3619
4238623      +TBD,    210 E. Trade Street, Suite E-286,    Charlotte, NC 28202-2441
4238624      +TGC Capital Partners, LLC,    8504 Arley Hall Ct.,    Charlotte, NC 28173-6569
4238625      +The Fudgery,    Attn: Ace Marshall,    119 Green Street,    Gainesville, GA 30501-3633
4238628      +The Seaport Group,    Seaport Group Leasing, LLC,    360 Madison Ave, 2nd Floor,
               New York, NY 10017-7132
4238627      +The Seaport Group,    Attn: Jonathan R. Silverman,    360 Madison Ave, 2nd Floor,
               New York, NY 10017-7132
4238557      +Thomas Samuel McGarity, Jr.,    7034 Evanton Loch Road,    Charlotte, NC 28278-8014
4238540      +Timothy Alan Jolly,    7013 Holly Grove Court,    Stallings, NC 28104-8734
4238514      +Timothy B. Gavigan, Esq.,    10700 Sikes Pl, Ste 375,    Charlotte, NC 28277-8012
4238629      +TobinDudleyStarr, PLLC,    1523 Elizabeth Avenue, Suite 210,    Charlotte, NC 28204-2535
4238419      +U.S. Bankruptcy Administrator,    402 W. Trade Street,    Suite 200,    Charlotte, NC 28202-1673
4239401      +U.S. Securities Exchange,    Suite 1000,    3475 Lenox Rd., N.E.,    Atlanta, GA 30326-3235
4238634     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank NA,    US Bancorp Center,    800 Nicollet Mall, 22nd Fl,
               Minneapolis, MN 55402-7020)
4238632      +Uptown Sundries,    Keum S. Kim & Choon D. Kim,    11173 Villa Trace Place,
               Charlotte, NC 28277-1499
4238635      +Vida Cantina,    Bar Management Group,    6300 Carmel Rd, Suite 110B,    Charlotte, NC 28226-8277
4238637      +Walton/Noble Investors V, LLC,    1100 Monarch Tower,    3424 Peachtree Td, NE,
               Atlanta, GA 30326-1118
4238639      +Waste Management,    PO Box 9001054,    Louisville, KY 40290-1054
4238640      +Watson Electrical Construction,    PO Box 3105,    Wilson, NC 27895-3105
4238641      +Wayne J. Griffin Electric, Inc.,    116 Hopping Brook Road,    Holliston, MA 01746-1497
4238644      +Wild Wing Cafe,    Epic Wings, LLC,    20 Rum Row,    HIlton Head, SC 29928-5207
4238643      +Wild Wing Cafe,    Attn: Jayne Verhoeven,    20 Rum Row,    HIlton Head, SC 29928-5207
```

```
District/off: 0419-3           User: bryantj               Page 4 of 4                    Date Rcvd: Jul 23, 2010
Case: 10-32095                 Form ID: b9f                Total Noticed: 225

4238647      +Wilfong Properties, LLC,   1919 East 8th Street,   Charlotte NC 28204-2743
4238507      +William Leo Fontaine,   6401 Cameron Forest Lane, Apt. 2F,   Charlotte, NC 28210-0038
4238648      +Wilson, Joseph Banks,   11115 Willow Meadow Ln, Apt. 133,   Charlotte, NC 28277-1201
4238649       Windstream,   Windstream Corporation,   PO Box 9001908,   Louisville, KY 40290-1908
4238651      +Womble Carlyle Sandridge & Rice,,   Robert P. Bryan, III, Esq.,   301 South College Street,
               Charlotte, NC 28202-6000
The following entities were noticed by electronic transmission on Jul 23, 2010.
smg           EDI: IRS.COM Jul 23 2010 15:28:00      Internal Revenue Service,   Special Procedures Section,
               320 Federal Place, Room 335,   Greensboro, NC 27401
4238434      +EDI: BANKAMER2.COM Jul 23 2010 15:23:00      Bank of America,   NC1-023-03-03,
               525 N Tryon St, 3rd Fl,   Charlotte, NC 28255-0001
4238513       E-mail/Text: accountsreceivable@g-c.com                            Garratt Callahan Company,
               50 Ingold Road,   Burlingame, GA 94010-2206
4238532       EDI: IRS.COM Jul 23 2010 15:28:00      Internal Revenue Service,   P.O. Box 21126,
               Philadelphia, PA 19114
4238567      +E-mail/Text: bankruptcyadministrator@muzak.com                            Muzak, LLC,
               PO Box 71070,   Charlotte, NC 28272-1070
4238568      +EDI: NCDEPREV.COM Jul 23 2010 15:28:00      NC Department of Revenue,
               Central Collection Division,   P.O. Box 1168,   Raleigh, NC 27602-1168
4239400       EDI: NCDEPREV.COM Jul 23 2010 15:28:00      North Carolina Department of Revenue,
               Bankruptcy Unit,   P.O. Box 1168,   Raleigh, NC 27602-1168
4238575      +E-mail/Text: dladwig@paychex.com                            Paychex,
               3701 Arco Corporate Drive, Ste 300,   Charlotte, NC 28273-0401
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4238516*     +Afshin Ghazi,   5625 Fairview Rd.,   Charlotte, NC 28209-3619
4238427*     +Aloft Hotel,   1100 Monarch Tower,   3424 Peachtree Rd.,   Atlanta, GA 30326-1118
4238435*     +Bank of America,   NC1-023-03-03,   525 N Tryon St, 3rd Fl,   Charlotte, NC 28255-0001
4238439*     +Belle Ville Boutique,   TMS Partners, LLC,   20435 Middletown Road,   Cornelius, NC 28031-6498
4238457*     +CCD I, LLC,   Bar Management Group,   6300 Carmel Rd., Suite 110B,   Charlotte, NC 28226-8277
4238477*     +CVS Caremark Corporation,   One CVS Drive,   Woonsocket, RI 02895-6184
4238488*     +Enso Asian Bistro & Sushi Bar,   Dineworks Hospitality Group,   210 North Church St. Unit 3314,
               Charlotte, NC 28202-2389
4238498*     +Fire House Subs,   Scotto Restaurant Group, LLC,   137 Cross Center Road, Ste. 234,
               Denver, NC 28037-5009
4238502*     +Five Guys Burgers and Fries,   NCC - Epicentre, LLC,   PO Box 25515,   Alexandria, VA 22313-5515
4238506*     +Flying Biscuit,   MSWG,   1801 Peachtree Road,   Atlanta, GA 30309-1895
4238537*     +Jason's Deli,   Deli Management, Inc.,   2400 Broadway,   Beaumont, TX 77702-1904
4238551*     +Lincoln Harris, LLC.,   4725 Piedmont Row Dr., Suite 800,   Charlotte, NC 28210-4284
4238610*     +Smoothie King,   Attn: Anne Monsted,   301 S. College St., Ste 265,   Charlotte, NC 28202-6024
4238622*     +Sunset Management Group, LLC.,   5625 Fairview Road,   Charlotte, NC 28209-3619
4238626*     +The Fudgery,   Attn: Ace Marshall,   119 Green Street,   Gainesville, GA 30501-3633
4238633*     +Uptown Sundries,   Keum S. Kim & Choon D. Kim,   11173 Villa Trace Place,
               Charlotte, NC 28277-1499
4238636*     +Vida Cantina,   Bar Management Group,   6300 Carmel Rd, Suite 110B,   Charlotte, NC 28226-8277
4238638*     +Walton/Noble Investors V, LLC,   1100 Monarch Tower,   3424 Peachtree Td, NE,
               Atlanta, GA 30326-1118
                                                                                           TOTALS: 0, * 18, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2010**                             **Signature:**    _Joseph Speetjens_