FILED & JUDGMENT ENTERED
David E. Weich

Jul 26 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PACIFIC AVENUE, LLC,** | **Case No. 10-32093** |
| Debtor. | |
| **In re:** | **Chapter 11** |
| **PACIFIC AVENUE II, LLC,** | **Case No. 10-32095** |
| Debtor. | |

## ORDER AUTHORIZING JOINT ADMINISTRATION OF
## RELATED CHAPTER 11 CASES

Upon the Motion of Pacific Avenue, LLC and Pacific Avenue II, LLC, the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), for entry of an order, pursuant to Section 105(a) of Title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing and directing the joint administrating of the Debtors' related chapter 11 cases (the "Related Cases") for procedural purposes only; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and

upon the record therein; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1)      The Motion is GRANTED;

2)      The above-captioned chapter 11 cases are hereby consolidated for procedural purposes only and shall by jointly administered by this Court;

3)      Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases;

4)      The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

| | |
|---|---|
| **In re:** | **CASE NO.** _____ |
| **Pacific Avenue, LLC,**[1] **et al.,** | **CHAPTER 11** |
| **DEBTORS.** | Jointly Administered |

---

[1]      These jointly administered cases are those of the following debtors:  Pacific Avenue, LLC and Pacific Avenue II, LLC, Case numbers 10-32093 and 10-32095, respectively.

5)      The Debtors are hereby authorized to (a) use a combined service list for the jointly administered cases; and (b) send combined notices to creditors of the Debtors' estates and other parties-in-interest as applicable.

6)      The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order; and

7)      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

This Order has been signed                                    United States Bankruptcy Court
Electronically.  The judge's
signature and court's seal
appear at the top of the Order.